Submitted July 17, reversed and remanded August 8, 2012

Bobbi GARY,
*Plaintiff-Appellant,*

*v.*

GEICO INDEMNITY COMPANY,
a Maryland corporation,
*Defendant-Respondent.*

Multnomah County Circuit Court
100709716; A148966

286 P3d 911

■

Steven A. Kahn and Kahn & Kahn, P.C., filed the briefs for appellant.

Glen E. Barger, Dylan T. Becker, Westin T. McLean, and Smith Freed & Eberhard PC, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Brewer, Judge, and Duncan, Judge.

PER CURIAM

Reversed and remanded. *Sheptow v. Geico General Ins. Co.*, 246 Or App 18, 246 P3d 4 (2011), *rev den*, 351 Or 761 (2012).